ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTFULLAH KOHISTANI,<br>Plaintiff,<br>v.<br>USCIS, et al.,<br>Defendants. | CASE NO. 2:26-CV-00950-DJC-CKD<br><br>JOINT STIPULATION FOR REMAND AND DISMISSAL AND ORDER |

Plaintiff Lotfullah Kohistani ("Plaintiff") brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. He seeks de novo review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety. Specifically, the parties hereby jointly stipulate and move to (1) remand this action to USCIS for further processing; and (2) dismiss this action without prejudice, with all parties to bear their own costs and fees. USCIS, through agency counsel, has agreed that it will issue an interview notice and conduct the interview of Plaintiff within thirty (30) days of the remand order, absent unforeseen circumstances. Additionally, and absent unforeseen circumstances, USCIS agrees to complete the adjudication of Plaintiff's N-400 within one week of the interview, unless additional evidence is needed to assess eligibility.

///

Accordingly, the parties have resolved all outstanding allegations and further judicial intervention is unnecessary.

Respectfully Submitted,

ERIC GRANT
United States Attorney

Dated: July 22, 2026

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: July ____, 2026

By: ______________________
LOTFULLA KOHISTANI
Pro Se Plaintiff

**ORDER**

Based on the foregoing stipulation and for good cause shown, it is hereby ORDERED THAT:

1. This action is hereby remanded to USCIS for further processing to include:
   a. Conducting the interview of Plaintiff within thirty (30) days of the remand order, absent unforeseen circumstances; and
   b. Adjudication of Plaintiff's N-400 within one week of the interview, unless additional evidence is needed to assess eligibility.
2. This action is dismissed without prejudice, with all parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: July 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE